United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 MICHAEL NGUYEN,   Case No. 23-cv-03683-TLT
8     Plaintiff,   **ORDER TO SHOW CAUSE**
9     v.   Re: ECF No. 31
10 ASANA, INC., et al.,
11     Defendants.
12
13    On November 2, 2023, Defendants filed a Case Management Statement.  Pursuant to
14 Federal Rules of Civil Procedure 26(f), Plaintiff Nguyen's separate Case Management Statement
15 was also due on November 2, 2023.  *See* ECF No. 18.
16    To date, Plaintiff has not filed a case management statement and Defendants stated that
17 Plaintiff has been non-responsive regarding consent for his electronic signature to be affixed to the
18 parties' joint case management statement.  *See* ECF No. 31.
19    Accordingly, Plaintiff is ordered, on or before November 30, 2023, 1) to file a separate
20 case management statement, and 2) to file a response to this order to show cause explaining why
21 the case management statement was not timely filed.
22    The Court advises Plaintiff that the district court has produced a guide for pro se litigants
23 called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides
24 instructions on how to proceed at every stage of your case, including discovery, motions, and trial.
25 It is available electronically online (https://cand.uscourts.gov/wp
26 content/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy
27 free of charge from the Clerk's Office.
28    The Court further advises Plaintiff that assistance may be available through the Legal Help

1  Center.  Parties can make an appointment to speak with an attorney who can provide basic legal
2  information and assistance.  The Help Center does not see people on a "drop-in" basis and will not
3  be able to represent parties in their cases.  There is no charge for this service.  The Help Center's
4  website is available at https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

**IT IS SO ORDERED.**

Dated: November 10, 2023

_____
TRINA L. THOMPSON
United States District Judge