Julia C. Riechert (SBN 254078)
jriechert@orrick.com
Dixie Tauber (SBN 321692)
dtauber@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
100 Marsh Road
Menlo Park, CA 94025-1015
Tel: 650.614.74000
Fax: 650.614.7401

Attorneys for Defendants ASANA, INC., CHRISTOPHER FARINACCI, and ANNA BINDER

Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Shane Howarter (SBN 311970)
showarter@peretzlaw.com
PERETZ & ASSOCIATES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for Plaintiff MICHAEL M. NGUYEN

FILED

Mar 08 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. NGUYEN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ASANA, INC., a foreign corporation, CHRISTOPHER FARINACCI, an individual, ANNA BINDER, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:23-cv-03683 TLT (TSH) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO SUBMIT SETTLEMENT CONFERENCE BRIEF** <br><br> Complaint Filed: June 9, 2023 |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Michael M. Nguyen ("Plaintiff") and Defendants Asana, Inc., Christopher Farinacci, and Anna Binder (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, the Parties have a Settlement Conference scheduled with the Court on March 19, 2024;

**WHEREAS**, the Parties' Settlement Conference Briefs are currently due on March 12, 2024;

**WHEREAS**, the Parties agree to extend the deadline for the Parties to submit their Settlement Conference Briefs to March 14, 2024;

**THEREFORE**, the Parties hereby stipulate and agree that:

The deadline for the Parties to submit their Settlement Conference Briefs is extended to March 14, 2024.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: March 7, 2024         ORRICK, HERRINGTON & SUTCLIFFE LLP

By     */s/ Julia Riechert*
       Julia C. Reichert
       Dixie Tauber

       Attorneys for Defendants ASANA, INC.,
       CHRISTOPHER FARINACCI, and ANNA BINDER

Dated: March 7, 2024         PERETZ & ASSOCIATES

By     */s/ Shane Howarter*
       Yosef Peretz
       Shane Howarter

       Attorneys for Plaintiff MICHAEL M. NGUYEN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. NGUYEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASANA, INC., a foreign corporation, CHRISTOPHER FARINACCI, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-03683 TLT (TSH)<br><br>**[PROPOSED] ORDER**  Complaint<br><br>Filed:  June 9, 2023 |

The Parties having stipulated to the terms of this Order, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

The deadline for the Parties to submit their Settlement Conference Briefs is extended to March 14, 2024.

DATED:  March 8, 2024

_____
Honorable Thomas S. Hixson
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT SETTLEMENT CONFERENCE BRIEF** with the clerk of court for the United States District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: March 7, 2024

*/s/ Josette Romero*

Josette Romero